UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI,<br>AKA JAMES RAY WILKERSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MUNIZ, et al.,<br><br>Defendants. | Case No. 18-cv-06879-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion to Revoke *In Forma Pauperis* Status and to Dismiss Action Without Prejudice; and Terminating All Other Pending Motions as Moot,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: March 9, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge